■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL MORALES, Appellant. — Judgment, Supreme Court, Bronx County (Walter Schackman, J.), rendered on January 5, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Carro, Asch, Fein and Kassal, JJ.

■ In the Matter of MARTIN M. FRANK. — Application for reinstatement as an attorney and counselor at law in the State of New York, or for a hearing, denied in its entirety. Concur — Kupferman, J. P., Sandler, Asch, Kassal and Alexander, JJ.

■ In the Matter of THOMAS A. BRUNO, JR., an Attorney. — Determination of motion to confirm report recommending reinstatement is held in abeyance pending receipt of a report as indicated in the order of this court. Concur — Kupferman, J. P., Ross, Carro, Bloom and Fein, JJ.